U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Equal Rights Center, et al.

vs.

District of Columbia, et al.

No. 1:06CV01942 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:20 pm on November 20, 2006, I served District of Columbia, Office of the Secretary of the District of Columbia at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20001 by serving Tabitha Braxton, Administrative Assistant, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    35
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT-    130
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-21-06
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180073

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Equal Rights Center, et al.

vs.

District of Columbia, et al.

No. 1:06CV01942 GK

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 11:05 am on November 20, 2006, I served Jeanette A. Michael, Director of DC Lottery and Charitable Games Control Board at 2101 Martin Luther King Jr. Avenue, SE, Washington, DC 20020 by serving Thadenia Wiley, Assistant Director, authorized to accept. Described herein:

```
  SEX-    FEMALE
  AGE-    37
HEIGHT-   5'6"
  HAIR-   BLACK
WEIGHT-   140
  RACE-   BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-21-06
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180074

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Equal Rights Center, et al.

vs.

District of Columbia, et al.

No. 1:06CV01942 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:20 pm on November 20, 2006, I served Jeanette A. Michael, Director of DC Lottery and Charitable Games Control Board c/o Mayor of the District of Columbia at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20001 by serving Tabitha Braxton, Administrative Assistant, authorized to accept.  Described herein:

```
   SEX-    FEMALE
   AGE-    35
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT-    130
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on   11-21-06
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180075

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Equal Rights Center, et al.

vs.

District of Columbia, et al.

No. 1:06CV01942 GK

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:40 am on November 20, 2006, I served District of Columbia, Office of the Secretary of the District of Columbia c/o Attorney General for the District of Columbia at 441 4th Street, NW, Suite 600, Washington, DC 20001 by serving Darlene Fields, Correspondence Clerk, authorized to accept.  Described herein:

```
   SEX-    FEMALE
   AGE-    45
HEIGHT-    5'6"
  HAIR-    BLACK
WEIGHT-    160
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on    11-21-06
               Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180076