UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et. al.,* | : |
| Plaintiff | : |
| v. | :     Civil Action No. 06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| Defendants | : |

CONSENT MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT[1]

Pursuant to Fed.R.Civ.P. 6(b), defendants move for an extension of time, up to and including January 22, 2006, within which to respond to plaintiffs' complaint. The grounds for this motion essentially are that undersigned counsel has recently been assigned the instant case and does not yet have sufficient information to investigate and respond to the complaint, as more fully explained in the attached memorandum of points and authorities.

LOCAL RULE 7.1(m) STATEMENT

On December 6, 2006, undersigned counsel spoke with plaintiffs' counsel, E. Elaine Gardner, who agreed to the extension of time sought herein. The undersigned had previously attempted to contact another attorney for the plaintiffs, but learned that that individual was out of town.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General
for the District of Columbia

---

[1] Undersigned counsel believed that this motion had been electronically filed with the court on or about December 7, 2006. Computerized records indicated that it was written in final form on December 6. A recent call from plaintiffs' counsel, however, revealed that it apparently had not been properly filed heretofore.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____

EDWARD P. TAPTICH [#012914 ]
Chief, Equity Section II

_____

CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,* :

    Plaintiff :

        v. : Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,* :

    Defendants :

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

The plaintiffs bring this action claiming that a "significant percentage" of stores and businesses in the District of Columbia at which lottery tickets are sold are not accessible to persons with disabilities, in violation of federal and local antidiscrimination laws. Plaintiffs correctly claim that hundreds of lottery sales agents are involved and that they are located throughout the city. The undersigned Senior Assistant Attorney General recently was assigned this case, and has asked employees of the D.C. Lottery and Charitable Games Control Board, and other relevant government employees to investigate plaintiffs' claims and search for relevant documents.

In the Superior Court of the District of Columbia, the District and its employees are allowed 60 days to answer a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed the United States in both Superior Court and United States District Courts. Id.; Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for both governmental entities, given the time necessary to investigate the allegations of a complaint against a governmental agency.

It appears from the record that a response to the instant complaint may be due on or about December 11, 2006. The instant request is for an extension until January 22, 2007. In addition

to the grounds stated above, this is being requested in light of delays that may occur due to the upcoming holiday season.  Under the circumstances described herein, it is requested that the instant consent motion to extend time, be granted.

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General
        for the District of Columbia

        GEORGE  C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____
        EDWARD P. TAPTICH [#012914 ]
        Chief,  Equity Section II

        _____
        CARY D. POLLAK [#055400]
        Senior Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6604
        (202) 727-0431 (fax)
        cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*        :

    Plaintiff        :

       v.        :        Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*        :

    Defendants        :

## ORDER

Upon consideration of defendants' consent motion for additional time within which to answer the complaint, it is by the Court, this      day of                , 2006,

ORDERED: that defendants' motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendants may respond to the complaint, is extended to and including January 22, 2007.

                                        _____
                                        GLADYS KESSLER
                                        UNITED STATES DISTRICT JUDGE