UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.*,         :

    Plaintiffs                              :

        v.                                  :          Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.*,         :

    Defendants                           :

## ANSWER OF DEFENDANTS TO THE COMPLAINT

In answer to the specific paragraphs of the complaint defendants, by counsel, state as follows:

### NATURE OF THE CASE

1 and 2.  The allegations in paragraphs 1 and 2 of the complaint are plaintiffs' characterizations of the lawsuit to which no answer is required, but if a response is required, the same are denied.

### JURISDICTION AND VENUE

3 and 4.  The allegations in paragraphs 3 and 4 of the complaint are plaintiffs' legal conclusions to which no answer is required, but if a response is required, defendants admit the existence of the referenced statutory provisions.

### PARTIES

5.  Defendants are without knowledge sufficient to form a belief as to the truth of the allegations of paragraph 5 of the complaint.

6.  Defendants are without knowledge sufficient to form a belief as to the truth of the allegations of paragraph 6 of the complaint, except that they deny any allegations of wrongdoing by them therein.

7 and 8.  Defendants are without knowledge sufficient to form a belief as to the truth of he allegations of paragraphs 7 and 8 of the complaint.

9 and 10.  Defendants admit the allegations of paragraphs 9 and 10 of the complaint.

## STATEMENT OF FACTS

11 and 12.  Defendants admit the allegations of paragraphs 11 and 12 of the complaint.

13.  Defendants admit the regulations referenced in paragraph 13 of the complaint provide, in part, as alleged therein.

14.  In response to the allegations of paragraph 14 of the complaint, defendants admit that 30 DCMR § 201.2(e) provides that applicants for licenses shall provide a physically secure and readily accessible location, but state that the remaining allegations of that paragraph are legal conclusions to which no answer is required, but if a response is required, the same are denied.

15.  The allegations in the first sentence of paragraph 15 of the complaint are plaintiffs' legal conclusions to which no answer is required, but if a response is required, the same are denied.  The allegations in the second sentence are denied.

16 and 17.  Defendants admit the allegations of paragraphs 16 and 17 of the complaint.

18 and 19.  Defendants are without knowledge sufficient to form a belief as to the truth of he allegations of paragraphs 18 and 19 of the complaint.

20.  Defendants deny the allegations of paragraph 20 of the complaint, and note that the term "same opportunity" is ambiguous.

21 through 36.  Defendants are without knowledge sufficient to form a belief as to the truth of the allegations of paragraphs 21 through 36 of the complaint.

37. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations of paragraph 37 of the complaint, except that they deny any allegations of wrongdoing by them therein.

38 and 39. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations of paragraphs 38 and 39 of the complaint.

## CAUSES OF ACTION

### COUNT I

40. Defendants adopt and incorporate each and every response in this answer to the complaint as if fully set forth herein.

41. The allegations in paragraph 41 of the complaint are plaintiffs' legal conclusions to which no answer is required, but if a response is required, the same are denied, except to admit that the District of Columbia is a public entity as alleged.

42. Defendants are without knowledge sufficient to form a belief as to the truth of the allegations of paragraph 42 of the complaint.

43 through 48. The allegations in paragraphs 43 through 48 of the complaint are plaintiffs' legal conclusions to which no answer is required, but if a response is required, the same are denied.

### COUNT II

49. Defendants adopt and incorporate each and every response in this answer to the complaint as if fully set forth herein.

50. Defendants deny the allegations of paragraph 50 of the complaint.

51. Defendants are without knowledge sufficient to form a belief as to the truth of he allegations of paragraphs 51 of the complaint.

52 through 54.  Defendants deny the allegations of paragraph 52 through 54 of the complaint.

## COUNT III

55.  Defendants adopt and incorporate each and every response in this answer to the complaint as if fully set forth herein.

56 through 59.  Defendants deny the allegations of paragraph 56 through 59 of the complaint.

Defendants deny all allegations not previously admitted or otherwise answered, and admit no allegations unless clearly so stated above.

### First Affirmative Defense

The complaint fails to state a claim against these defendants upon which relief can be granted.

### Second Affirmative Defense

Plaintiffs have failed to exhaust administrative remedies.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [#012914 ]
Chief,  Equity Section II

_____/s/_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General

441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov