UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*        :

    Plaintiffs                                         :

        v.                                            :        Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*        :

    Defendants                                     :

DEFENDANTS' CONSENT MOTION
TO CONTINUE SCHEDULING CONFERENCE

By Order of January 29, 2007, this Court set a scheduling conference in this matter for February 22, 2007, at 10:30 a.m.  For the reasons set forth in the attached memorandum of points and authorities, defendants move with plaintiffs' consent, to continue the status conference to March 8, 2007 at a time to be set by the Court (preferably in the afternoon).

        Respectfully Submitted,

        LINDA SINGER
        Acting Attorney General
        for the District of Columbia

        GEORGE  C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/
        EDWARD P. TAPTICH [#012914 ]
        Chief,  Equity Section II

        /s/
        CARY D. POLLAK [#055400]
        Senior Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001

(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*        :

    Plaintiffs                              :

        v.                                    :        Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*       :

    Defendants                          :

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION TO CONTINUE STATUS CONFERENCE

      The recently ordered scheduling conference herein is set for February 22, 2007. During that week defendants' counsel, Mr. Pollak, plans to be visiting his mother in Florida, and assisting in providing for her care.

      The parties chose March 8 as the date to hold the conference, after checking with chambers concerning the dates available on the Court's calendar. That date is also convenient for all counsel involved. Accordingly, counsel for all the parties are agreeable to the continuance sought herein.

                                      Respectfully Submitted,

                                      LINDA SINGER
                                      Acting Attorney General
                                      for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division

                                          /s/
                                      EDWARD P. TAPTICH [#012914 ]
                                      Chief, Equity Section II

        /s/
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*        :

    Plaintiffs                                        :

        v.                                           :        Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*        :

    Defendants                                   :

ORDER

Upon consideration of the consent motion of the defendants to continue until March 8, 2007, the scheduling conference currently set herein for February 22, at 10:30 a.m., the memorandum of points and authorities in support thereof, and the lack of opposition thereto, it is by the Court, this           day of                  , 2007,

ORDERED, that the motion be, and the same hereby is, granted; and it is further

ORDERED, that the scheduling conference herein be reset for March 8, 2007, at      .m.

                                                                     _____
                                                                     GLADYS KESSLER
                                                                     UNITED STATES DISTRICT JUDGE