**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

EQUAL RIGHTS CENTER, :
  et al., :
           :
      Plaintiffs, :
           :
   v. : Civil Action No. 06-1942 (GK)
           :
DISTRICT OF COLUMBIA, :
  et al., :
           :
      Defendants. :

---

### O R D E R

An Initial Scheduling Conference was held in this case on March 8, 2007. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that this Initial Scheduling Conference is **continued to May 1, 2007** at **10:00 a.m.;** and it is hereby

**ORDERED** that **no later than April 1, 2007,** the parties shall file a joint praecipe informing the Court as to how they are proceeding with settlement discussions and whether they believe it would be useful for the Court to appoint a mediator in this case.

March 8, 2007                   /s/
                                Gladys Kessler
                                United States District Judge

**Copies to: attorneys on record via ECF**