UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No.  06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| Defendants | : | |

## JOINT PRAECIPE

Settlement discussions between the parties have begun.  On Monday, March 26, 2007, attorneys for the parties met by telephone and the attorneys for the defendants provided the general framework for a more detailed proposal for settlement purposes, that defendants intend to make in the beginning of next week.  Although many details remain to be discussed, the parties have had productive communications regarding the basis, structure and major provisions of a possible settlement agreement.  Defendants continue to believe that this process could be helped by the assistance of a mediator, while plaintiffs still strongly oppose mediation at this time.  The parties have agreed to file prior to May 1, 2007 a supplemental praecipe updating the Court on the status of settlement discussions.

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [#012914 ]
Chief,  Equity Section II

_____/s/\_\_

CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

/s/ Eugene Goldman_____
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax)
Email: Elaine_Gardner@washlaw.org