# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No.  06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| Defendants | : | |

## SUPPLEMENTAL JOINT PRAECIPE

In the order entered on the docket on March 8, 2007 the Court directed that the  parties "no later than April 1, 2007, file a Joint Praecipe informing the Court as to how they are proceeding with settlement discussions and whether they believe it would be useful for the Court to appoint a mediator in this case ."  The parties filed that Joint Praecipe on March 30, 2007 and, pursuant to the terms of that Joint Praecipe, now provide an update on the status of the parties' settlement negotiations.

At the Initial Scheduling Conference on March 8, 2007, the Court continued the conference until May 1, 2007.   That afternoon, after the Initial Scheduling Conference, Plaintiffs, at Defendants' request, delivered to Defendants an electronic copy of Plaintiffs' D.C. Lottery site survey to facilitate settlement.  Defendants may have further questions about survey entries, but  have found the survey to be helpful. On the same date Defendants agreed to deliver a settlement proposal to Plaintiffs as soon as possible, but despite what Defendants represent have been very diligent efforts and considerable progress in drafting a proposal and obtaining necessary approvals, they have not been able to present one as of the time of the filing of this

Joint Praecipe. Further, Defendants are prepared to explain to the Court, as they have to Plaintiffs' counsel, the reasons for the unexpected delay.

The parties participated in settlement discussions by telephone on March 26, 2007. During the telephone call, the attorneys for the parties discussed settlement possibilities as indicated in the March 30, 2007 Joint Praecipe and Defendants noted that they intended to present a detailed written proposal during the week of April 2, 2007. On April 4th, April 11th and April 19th, counsel for the Defendants informed counsel for the Plaintiffs that a written settlement proposal was still not available. On April 25, 2007, the parties convened for additional settlement discussions. At that meeting, counsel for Defendants did not produce a written settlement proposal, and again discussed a possible proposal. Later that day, Plaintiffs served Defendants with a First Request for Production of Documents.

To date, Defendants have not produced any written framework for the Plaintiffs' consideration. Without having reviewed a written proposal or an outline of possible remedial measures from Defendants, it is unclear to the Plaintiffs whether the Defendants will deliver a meaningful proposal to resolve the violations alleged in the Complaint. Defendants represent that they have worked diligently to create such a proposal and should be able to present their position shortly.

At this time, given the current course of negotiations, Plaintiffs respectfully request that the Court require the Defendants to produce a written settlement proposal by May 14, 2007. Defendants do not agree with that request.

Respectfully submitted,

/s/
_____
Eugene Goldman (D.C. Bar No. 939959)
Daniel A. Mullen (D.C. Bar No. 469672)
Kristine E. Nelson (D.C. Bar No. 499226)[*]
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, DC 20005-3096
(202) 756-8000
(202) 756-8087 (fax)

E. Elaine Gardner (D.C. Bar No. 271262)
WASHINGTON LAWYERS' COMMITTEE FOR
  CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.  Suite 400
Washington, DC 20036
(202) 319-1000 ext. 131
(202) 319-1010 (fax)

*Counsel for Plaintiffs*

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/
_____
EDWARD P. TAPTICH (D.C. Bar No. 012914)
Chief,  Equity Section II

/s/
_____
CARY D. POLLAK (D.C. Bar No. 055400)
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)

*Counsel for Defendants*

Dated: April 27, 2007

WDC99 1381968-2.009967.0478

_____
[*] Admitted to District of Columbia Court of Appeals; admission pending to the United States District Court for the District of Columbia.