**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               :
EQUAL RIGHTS CENTER,           :
  et al.,                      :
                               :
        Plaintiffs,            :
                               :
    v.                         :   Civil Action No. 06-1942 (GK)
                               :
DISTRICT OF COLUMBIA, _____  :
  et al.,                      :
                               :
        Defendants.            :
_____:
```

**O R D E R**

An Initial Scheduling Conference was held in this case on May 1, 2007.  Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that **no later than May 25, 2007,** Defendants shall provide to Plaintiffs their settlement proposal; and it is further

**ORDERED** that a status conference shall be held on **June 7, 2007 at 10:00 a.m.**  All discovery shall be stayed in this case until that time.


May 1, 2007                           /s/
                                      Gladys Kessler
                                      United States District Judge


**Copies to**: attorneys on record via ECF