UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EQUAL RIGHTS CENTER,** <u>et</u> <u>al</u>., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1942 (GK) |
| **DISTRICT OF COLUMBIA,** <u>et</u> <u>al</u>., | : |
| Defendants. | : |

**O R D E R**

A Status Conference was held in this case on June 6, 2007. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that, by consent of the parties, the above-captioned case shall be referred to Magistrate Judge Alan Kay for settlement discussions to commence **immediately**; it is further

**ORDERED** that **no later than July 9, 2007,** the parties shall file a <u>praecipe</u> informing the Court as to the status of settlement discussions; and it is further

**ORDERED** that **no later than July 5, 2007,** Defendants shall provide to Plaintiffs their first set of written discovery requests. The deadline for responses to written discovery requests will be set by the Court at a later date.

June 11, 2007

/s/
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF