UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,* :

    Plaintiffs :

    v. : Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,* :

    Defendants :

## JOINT PRAECIPE

Pursuant to the Court's June, 11, 2007 Order, the parties submit the following praecipe regarding the status of settlement discussions. On June 4, 2007, Plaintiffs provided Defendants with a detailed summary of Plaintiffs' concerns regarding Defendants' settlement proposal. On June 21, 2007, counsel for the parties met to discuss Defendants' proposal and review the concerns outlined in Plaintiffs' June 4, 2007 correspondence. At that meeting, the Defendants shared their views on each point raised by the Plaintiffs in their June 4, 2007 correspondence. At the conclusion of the meeting, the parties agreed that in order to advance settlement discussion, Plaintiffs would modify Defendants' settlement proposal, and Plaintiffs provided the revised redlined modification to Defendants on June 27, 2007.

Also on June 27, counsel for the parties attended a mediation session before Magistrate Judge Kay. During the mediation session, Defendants were unable to discuss the redlined document provided by Plaintiffs. Counsel for the parties discussed several issues of importance, but arrived at no resolutions. The parties agreed to return for another mediation session before Magistrate Judge Kay on August 7, 2007 at 10:00 a.m. Counsel for Defendants agreed to meet directly with counsel for Plaintiffs in July, and the parties intend to meet later in this week on a day and time to be determined. To date, Plaintiffs remain disappointed by what they view as

Defendants' failure to respond to the specific points raised in Plaintiffs' June 4, 2007 correspondence, a characterization with which the Defendants do not agree.

In keeping with the Plaintiffs' understanding of Judge Kessler's instructions in court on June 7, 2007, Plaintiffs served Defendants with an Amended First Request for Production of Documents on July 5, 2007. Defendants served their first interrogatories and request for production of documents on that day as well.

Plaintiffs filed this case almost eight months ago. Their position is that in light of continued delays in reaching a negotiated solution in a case in which the Court has already expressed concern with the Defendants' conduct under the ADA as alleged in the Complaint, Plaintiffs respectfully request that, should Defendants not make significant and meaningful progress toward addressing their ongoing violations before the August 7, 2007 mediation session, the Court enter a scheduling order no later than August 15, 2007.

Defendants do not join in plaintiffs' characterization of the case, but remain optimistic about the settlement process, particularly with Judge Kay involved. Defendants suggest that both sides should assess their progress after the next session with Judge Kay, and determine how to proceed at that time.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [#012914 ]
Chief, Equity Section II

___/s/___
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov


/s/ Eugene Goldman
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org

2