UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-1942 (GK) |
| | : | |
| **DISTRICT OF COLUMBIA,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

It is this 10th day of July, 2007, hereby

**ORDERED**, that the parties shall submit a further Joint Status Report by **August 15, 2007**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**