UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.*,   :

    Plaintiffs   :

        v.   :   Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.*,   :

    Defendants   :

## JOINT STATUS REPORT

Pursuant to the Court's July 10, 2007 Order, the parties submit the following Joint Status Report regarding settlement discussions and mediation. The parties most recently submitted a joint praecipe on July 9, 2007. On July 13, 2007, the parties engaged in settlement discussions. Defendants provided a revised settlement proposal at that meeting. Plaintiffs were disappointed with that proposal because in their view it failed to address the majority of the concerns Plaintiffs brought to the Defendants' attention during previous discussions. Defendants did not share that view, but by agreement, on July 24, 2007, Plaintiffs provided substantive written comments on Defendants' July 13th proposal. The parties engaged in a further settlement meeting on August 6, 2007 and met before Magistrate Judge Alan Kay for a second mediation session on August 7, 2007. Through settlement discussions, the parties have reached a consensus on some important issues, but have not reached a resolution on certain major issues that in Plaintiffs' view are critical to settlement including adequate dispersal of accessible lottery agent locations and overall program accessibility. During the settlement meeting on August 6th and the mediation session on August 7th, Plaintiffs requested that Defendants provide a revised settlement proposal reflecting the common ground reached by the parties and addressing the substantive issues raised by Plaintiffs. To date, Defendants have not provided Plaintiffs with a revised settlement

proposal. They have advised Plaintiffs that a draft is forthcoming and will be provided "soon." In Plaintiffs' view, Defendants have not agreed to a date certain by which Defendants will provide a meaningful response.

Plaintiffs respectfully request that, should Defendants fail to provide a revised settlement proposal before August 20, 2007, the Court enter a scheduling order no later than August 27, 2007.

Defendants believe that they can produce a revised proposal by August 30, if not before, and that the parties should meet again to assess their progress after that production. Defendants' statement does not satisfy Plaintiffs' concerns.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_\_/s/_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

\_\_\_\_\_/s/_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

_____/s/_____
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org