## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER**, *et al.*, | : | |
| **Plaintiffs,** | : | |
| v. | : | Civil Action No. 06-1942 (GK) |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

The Court has received the parties' Joint Status Report filed August 15, 2007, regarding settlement discussions and mediation.

**WHEREFORE**, it is this 20th day of August, 2007, hereby

**ORDERED**, that the parties shall file a further Joint Status Report no later than **September 5, 2007**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**