UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil Action No.  06-1942 (GK) |
| : | |
| DISTRICT OF COLUMBIA, *et. al.*, : | |
| : | |
| Defendants : | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Rule 83.6 of the Local Rules of the United States District Court for the District of Columbia, Kristine E. Nelson, hereby enters her appearance as additional counsel of record for Plaintiffs Equal Rights Center, Katie Savage and Lewis Starks.

Dated:  August 24, 2007               Respectfully submitted,

                                       MCDERMOTT, WILL & EMERY


                                       _____/s/_____
                                       Kristine E. Nelson (D.C. Bar No. 499226)
                                       Eugene Goldman (D.C. Bar No. 939959)
                                       Daniel A. Mullen (D.C. Bar. No. 469472)
                                       600 Thirteenth Street, N.W.
                                       Washington, D.C. 20005
                                       Telephone:  (202) 756-8000

                                       *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Notice of Entry of Appearance was sent via first-class mail, postage pre-paid, this 24th day of August 2007 to:

DISTRICT OF COLUMBIA
Cary D. Pollak
Senior Assistant Attorney General
Office of the Attorney General
441 4th Street, NW
Sixth Floor South
Washington, DC  20001

JEANETTE A. MICHAEL, DIRECTOR
D.C. LOTTERY AND CHARITABLE GAMES CONTROL BOARD
2101 Martin Luther King, Jr. Avenue, SE
Washington, D.C. 20020-5731

                 _____/s/_____
                   Kristine E. Nelson