UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*             :

     Plaintiffs                                  :

         v.                             :          Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*            :

     Defendants                                  :

## JOINT STATUS REPORT

Pursuant to the Court's August 20, 2007 Order, the parties submit the following Joint Status Report regarding settlement discussions and mediation.  In their status report of August 15, 2007, the parties indicated that defendants were preparing a draft revised settlement agreement for discussion purposes.  Plaintiffs noted their desire to see such a draft by August 20, and defendants indicated that the draft probably could be produced by August 30.

On August 29, defendants provided their draft to plaintiffs, and the next day that draft also was forwarded to Judge Alan Kay pursuant to his request at the mediation session of August 7.  Plaintiffs are reviewing the draft.  The parties intend to meet to discuss the draft on September 12.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
EDWARD P. TAPTICH [#012914 ]
Chief,  Equity Section II

_____/s/_____

CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

_____/s/_____

EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org