UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1942 (GK) |
| | : | |
| **DISTRICT OF COLUMBIA,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

It is this 6th day of September, 2007, hereby

**ORDERED**, that the parties shall file a further Joint Status Report no later than **October 10, 2007**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**