UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*           :

    Plaintiffs                                               :

    v.                                                            :    Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*           :
    Defendants                                           :

## JOINT MOTION TO EXTEND TIME TO FILE A STATUS REPORT

By Order of September 7, 2007, this Court required the parties to file their next status report no later than October 10, 2007. For the reasons set forth in the attached memorandum of points and authorities, the parties jointly request that the date for the next status report be extended to no later than November 9, 2007.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____/s/_____
        ELLEN A. EFROS [#250746]
        Chief, Equity Section I

        _____/s/_____
        CARY D. POLLAK [#055400]
        Senior Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6604
        (202) 727-0431 (fax)
        cary.pollak@dc.gov

<div style="margin-left: 2em;">

      /s/
_____
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.*,          :

    Plaintiffs                              :

        v.                                       :        Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.*,          :
    Defendants                            :

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION TO EXTEND TIME TO FILE A STATUS REPORT

      On September 27, 2007, the parties met with Judge Kay for a mediation session. During that session, Judge Kay stated his opinion that it would be more productive for the parties to file a joint status report on a date later than October 10, 2007 to allow the parties a longer period over which to engage in substantive negotiations. Additionally, counsel for defendants informed Judge Kay that he would be on leave and generally unavailable for negotiations until October 10. Accordingly, counsel for the parties left the mediation with the understanding that with the assistance of Judge Kay, the date for the status report would be reset for October 19, 2007. The anticipated change was never made on the record, however, and on October 11, an inquiry was made by the chambers of Judge Kessler, concerning why no report had been filed on the previous day.

      The undersigned counsel for defendants was advised by chambers that the parties should file a motion to reset the date for the status report. Counsel for the parties have consulted and determined that an appropriate date for that report would be November 9, 2007, which is a Friday, two days after the next scheduled mediation session with Judge Kay. This motion accordingly asks to have the next status report filed by that date.

3

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I


_____/s/_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
cary.pollak@dc.gov


_____/s/_____
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.*,          :

    Plaintiffs                                   :

    v.                                              :          Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.*,          :
    Defendants                                :

ORDER

Upon consideration of the joint motion of the parties to extend the date for the next status report in this matter to November 9, 2007, the memorandum of points and authorities in support thereof, and the lack of opposition thereto, it is by the Court, this _____ day of _____, 2007,

ORDERED, that the motion be, and the same hereby is, granted; and it is further

ORDERED, that the parties file a status report in this matter no later than November 9, 2007.

                                                                                          _____
                                                                                          GLADYS KESSLER
                                                                                          UNITED STATES DISTRICT JUDGE