UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.*,    :

    Plaintiffs    :

    v.    :    Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.*,    :

    Defendants    :

## JOINT STATUS REPORT

Pursuant to the Court's October 17, 2007 Order, the parties submit the following Joint Status Report regarding settlement discussions and mediation.  The parties most recently submitted a Joint Status Report on September 5, 2007.

On September 12, 2007, Plaintiffs provided Defendants with a revised settlement proposal containing Plaintiffs' substantive comments on Defendants' previous draft.  The parties have met seven times, including two mediation sessions before Magistrate Judge Kay.

Plaintiffs have endeavored to address all of Defendants' stated concerns in written presentations.  Defendants have endeavored to address Plaintiffs' concerns as well.  To that end Defendants, on September 26, 2007, provided a map showing dispersal of lottery agent locations and a separate spread sheet of lottery agent location data.  Plaintiffs then invested substantial time in mapping the accessible and inaccessible locations and presented their proposed solution to the dispersal issue together with mapped data on October 30, 2007.  The parties have discussed Plaintiffs' written proposal on accessibility issues.  Defendants had hoped to present a revised draft settlement agreement prior to the filing of the instant status report.  An internal draft of such a revision has been prepared, but has not yet been presented because of the limited availability of individuals whose input is indispensable to the drafting and review of the

proposal. In particular, the Director of the Lottery Board has been absent due to recurrence of a significant illness.

  To date, Defendants have not provided Plaintiffs with a revised settlement proposal. During the mediation session held before Magistrate Judge Kay on November 7, 2007, Defendants indicated their intent to provide a revised settlement proposal during the week of November 12th. The parties have scheduled a tentative meeting for November 15th to discuss the proposal if Defendants timely provide it. Plaintiffs remain disappointed by the pace of the exchange of information during the settlement process. In response to that statement, Defendants refer to the facts noted above.

  Plaintiffs respectfully request that, should Defendants fail to provide a revised settlement proposal before November 16, 2007, the Court enter a scheduling order no later than November 19, 2007. Defendants believe that such a proposal will be presented by that date, but do not believe that decisions such as suggested by Plaintiffs need to be made at this time.

Respectfully submitted,

LINDA SINGER

Attorney General
for the District of Columbia

|  |  |
|---|---|
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>  /s/<br>ELLEN A. EFROS [#250746]<br>Chief, Equity Section I<br><br>  /s/<br>CARY D. POLLAK [#055400] |   /s/<br>EUGENE GOLDMAN [#939959]<br>DANIEL A. MULLEN [#469472]<br>KRISTINE E. NELSON [#499226]<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>(202) 756-8000<br>(202) 756-8087 (fax)<br>Email: egoldman@mwe.com<br><br>E. ELAINE GARDNER [#271262] |

<div style="display: flex;">

Senior Assistant Attorney General  
441 Fourth Street, N.W.  
Sixth Floor South  
Washington, D.C. 20001  
(202) 724-6604  
(202) 727-0431 (fax)  
Email: cary.pollak@dc.gov  

Washington Lawyer's Committee For  
Civil Rights and Urban Affairs  
11 Dupont Circle, N.W., Suite 400  
Washington, D.C. 20036  
(202) 319-1000  
(202) 319-1010 (fax  
Email: Elaine_Gardner@washlaw.org  

</div>