## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, | : | |
| **Plaintiffs,** | : | |
| v. | : | Civil Action No. 06-1942 (GK) |
| **DISTRICT OF COLUMBIA,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

Upon consideration of the Joint Status Report submitted by the parties on November 9, 2007, it is hereby

**ORDERED** that the parties shall submit a further Joint Status Report no later than **December 1, 2007**.


November 13, 2007                                /s/
                                                 Gladys Kessler
                                                 United States District Judge


**Copies via ECF to all counsel of record**