UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : |
| Plaintiffs | : |
| v. | : Civil Action No. 06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
| Defendants | : |

## JOINT STATUS REPORT

Pursuant to the Court's November 13, 2007 Order, the parties submit the following Joint Status Report regarding settlement discussions and mediation. The parties most recently submitted a Joint Status Report on November 9th.

Since November 9th, the following activity has taken place. On November 14th, Defendants provided Plaintiffs with a written response to Plaintiffs' September 12th settlement proposal. On November 15th, the parties participated in a settlement meeting to discuss Defendants' November 14th settlement proposal. On November 29th, Plaintiffs provided a written response to Defendants' November14th settlement proposal. As of the date of the filing of this report, November 30, 2007, Defendants have not yet responded to Plaintiffs' November 29th settlement proposal.

If Defendants do not provide a written response to Plaintiffs' November 29th settlement proposal by December 13, 2007, Plaintiffs respectfully request that the Court enter a scheduling order no later than December 17, 2007. Defendants will provide a response after a reasonable period of review, hopefully by December 13th, and do not believe that a decision concerning the entry of a scheduling order should be made at this time.

Respectfully submitted,

LINDA SINGER

Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I


_____/s/_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

_____/s/_____
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org