UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.*,      :

    Plaintiffs              :

    v.                      :       Civil Action No. 06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.*,     :

    Defendants              :

## CORRECTED PLAINTIFFS' STATUS REPORT

Plaintiffs submit the following Corrected Status Report regarding settlement discussions and discovery. Plaintiffs appreciate Magistrate Judge Kay's efforts in mediation sessions with the parties. Plaintiffs believe, however, that Magistrate Judge Kay has propelled the parties towards settlement as much as he can. The remaining details that stand as impediments to the settlement process must be resolved by the parties. To this end, Plaintiffs provided Defendants with a revised settlement proposal on February 5, 2008. On a conference call on March 4th to discuss settlement, Defendants stated that it was their intention to produce a written response by the end of the week (March 7th). To date, Defendants have not provided a written response to the revised settlement proposal that Plaintiffs forwarded on February 5th.

Since March 2007, Defendants have repeatedly stated their intention to settle this case. Discovery continues to progress. Plaintiffs have deposed 2 witnesses to date and anticipate deposing 3 additional witnesses by the first week of May 2008. If Defendants truly intend to settle this matter, Plaintiffs would like to obviate the need for costly discovery.

Accordingly, Plaintiffs, a non-profit organization and two of its members, respectfully request that the Court schedule a status conference as soon as possible.

Respectfully submitted,

_____/s/_____
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax)
Email: Elaine_Gardner@washlaw.org