UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et al.*,    :
                                  :
         Plaintiffs,              :
                                  :
     v.                           :   Civil Action No. 06-1942 (GK)
                                  :
DISTRICT OF COLUMBIA, *et al.*,   :
                                  :
         Defendants.              :

### O R D E R

A Status Conference was held in this case on April 24, 2008. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that **all discovery in the above-captioned case is hereby stayed** until further Order of the Court; and it is further

**ORDERED** that **no later than April 29, 2008**, Plaintiffs shall respond to Defendants' counter-settlement proposal; and it is further

**ORDERED** that the parties shall meet some time during **the week of May 5, 2008** to discuss any remaining disputed issues with respect to the settlement proposal; and it is further

**ORDERED** that the parties shall submit to the Court by **May 9, 2008** a Joint Status Report, notifying the Court of the status of settlement discussions, including whether progress has been made, the number and date of future planned settlement meetings, and the

parties' views as to the appropriate duration of the current stay of discovery; and it is further

**ORDERED** that the May 19, 2008 status conference in the above-captioned case is hereby cancelled.

|  |  |
|---|---|
| April 24, 2008 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to**: **attorneys on record via ECF**