FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : |
| Plaintiffs | : |
| v. | : Civil Action No. 06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
| Defendants | : |

## JOINT STATUS REPORT

Settlement Status Update:  Pursuant to the Court's April 25, 2008 Order, the parties submit the following Joint Status Report regarding progress in settlement discussions.  As directed by the Court, on April 29, 2008, Plaintiffs submitted comments to Defendants' April 21, 2008 revised settlement proposal.  On May 6, 2008, Plaintiffs provided Defendants with detailed information regarding fees and costs incurred to date.  This information supplemented damages, fee and cost information provided to Defendants on February 5, 2008.

As directed by the Court, the parties met to discuss settlement during the week of May 5, 2008, specifically, on May 7, 2008.  Additionally, the parties briefly discussed damages issues in a telephone conference on May 8, 2008.

Areas of Agreement:  Although the parties did not reach agreement on all outstanding issues – including damages, attorneys fees and costs issues – the parties did reach agreement on a number of issues.  The parties appeared to be closing the gap on many of the remaining issues.

Defendants will submit a revised settlement proposal incorporating the results of these negotiations by May 19, 2008, including at least a preliminary response to the damages, fees and costs issues.

The parties plan to participate in another settlement meeting at a mutually convenient date and time, no later than the week of June 2, 2008.

The parties agree that extending the current stay on discovery for 5 weeks to allow the parties to negotiate is reasonable. They will consider their positions on the stay at the end of that period.

Areas of Disagreement: Plaintiffs request more than a preliminary response to Plaintiffs' damages, fees and costs demands by May 19, 2008, together with Defendants' expected settlement agreement revisions. Defendants are not sure at this time how long it will take to fully evaluate the documentation and respond. That is because, in Defendants' view, the February 5 information was so preliminary that defendants could neither evaluate nor respond to it, and the more complete May 6 information was only recently received. Plaintiffs disagree with this characterization.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    /s/
ELLEN A. EFROS [#250746]
Chief, Equity Section I

    /s/
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604

    /s/
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

(202) 727-0431 (fax)  
Email: cary.pollak@dc.gov

(202) 319-1000  
(202) 319-1010 (fax  
Email: Elaine_Gardner@washlaw.org