## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EQUAL RIGHTS CENTER,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Civil Action No. 06-1942 (GK) |
| | : | |
| **DISTRICT OF COLUMBIA,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

Upon consideration of the parties' Joint Status Report, filed May 9, 2008, it is hereby

**ORDERED**, that they submit a Joint Status Report no later than **June 5, 2008**. In that report, they should advise the Court whether they believe that referral of this case to a Magistrate Judge to resolve the remaining issues in dispute would be of benefit to the parties, or whether they believe that they can resolve those remaining issues in a reasonable period of time.

May 12, 2008                                     /s/
                                                 Gladys Kessler
                                                 United States District Judge

**Copies via ECF to all counsel of record**