UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : |
|     Plaintiffs | : |
|     v. | :     Civil Action No. 06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
|     Defendants | : |

## JOINT STATUS REPORT

Pursuant to the Court's May 12, 2008 Order, the parties submit the following Joint Status Report. On May 19, 2008, Defendants provided Plaintiffs with a revised draft settlement proposal. At that time, Defendants provided a counteroffer to Plaintiffs' damages request on behalf of the individual Plaintiffs, but declined to make an offer in response to damages requested on behalf of the Equal Rights Center. Defendants requested certain additional information in order to respond to Plaintiffs' request for attorneys's fees. On May 23, 2008, Plaintiffs provided Defendants with supplemental information, including authorities, relevant to the issues of fees and damages. The parties participated in a conference call on June 3, 2008 to discuss the status of negotiations and the revised draft settlement proposal Defendants provided on May 19, 2008. The parties agree that they are making progress towards settlement and do not believe that referral of the case to Magistrate Judge Kay is necessary at this time, although they might consider such referral concerning some issues in the future. Plaintiffs have requested that Defendants provide a complete response, including counteroffers, on the issues of fees and damages as soon as possible. Counsel for Defendants was out of town when plaintiffs provided supplemental information on May 23, 2008, and returned two days ago. Defendants are aspiring to produce a substantive response to Plaintiffs' request for damages at least, by June 18, 2008. In

the event that the parties cannot reach an agreement on fees, both sides are amenable to bifurcating the case and attempting to settle the substance of case while postponing the resolution of the fee issue.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/
ELLEN A. EFROS [#250746]
Chief, Equity Section I

/s/
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
Email: cary.pollak@dc.gov

/s/
EUGENE GOLDMAN [#939959]
DANIEL A. MULLEN [#469472]
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: egoldman@mwe.com

E. ELAINE GARDNER [#271262]
Washington Lawyer's Committee For
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(202) 319-1000
(202) 319-1010 (fax
Email: Elaine_Gardner@washlaw.org