UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No. 06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| Defendants | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that Kristine E. Nelson of the law firm of McDermott Will & Emery LLP hereby withdraws her appearance as counsel on behalf of Plaintiffs in the above-referenced matter. Please continue to serve all attorneys of record for McDermott Will & Emery LLP with all documents in this matter.

Respectfully submitted,

_____/s/_____
KRISTINE E. NELSON [#499226]
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
(202) 756-8000
(202) 756-8087 (fax)
Email: knelson@mwe.com