UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, *et. al.,* : | |
| Plaintiffs : | |
| v. : | Civil Action No.  06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.,* : | |
| Defendants : | |

JOINT STATUS REPORT

On June 5, 2008, the parties submitted a joint status report that advised in part, that "[t]he parties agree that they are making progress towards settlement." The parties also represented that "[d]efendants are aspiring to produce a substantive response to Plaintiffs' request for damages at least, by June 18, 2008." This report is intended to advise the court of the status of settlement negotiations since that time.

The parties continue to believe that progress is being made toward settling the substantive issues in this case. Since the time of the last status report, the parties have engaged in further telephone calls and conferences in which they continued to narrow their differences. In response to plaintiffs' request for damages, defendants considered further information submitted by plaintiffs on May 23 and subsequently in support of their position. Defendants have not responded formally by letter. They have, however, advised verbally and by email that as of this time, defendants have not changed their position in regard to the counteroffer offer for damages to the individual defendants or their disagreement with at least some of the categories of damages sought by the Equal Rights Center. The parties have continued to discuss settlement of all of the damages items, however, and do not believe that they have reached an impasse at this

point. There has been no resolution of the question of attorneys' fees and it is agreed that this determination may be put off until after an agreement on the substantive issues has been reached.

The parties are scheduled to meet to continue negotiations on August 18, 2008. Defendants intend to provide a further response to some of plaintiffs' more recently submitted materials on damages, during the week before that meeting.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General
for the District of Columbia

| | |
|---|---|
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | _____/s/_____<br>EUGENE GOLDMAN [#939959]<br>DANIEL A. MULLEN [#469472]<br>McDermott Will & Emery LLP<br>600 13th Street, N.W. |
| _____/s/_____<br>ELLEN A. EFROS [#250746]<br>Chief, Equity Section I | Washington, D.C. 20005-3096<br>(202) 756-8000<br>(202) 756-8087 (fax)<br>Email: egoldman@mwe.com |
| _____/s/_____<br>CARY D. POLLAK [#055400]<br>Senior Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6604<br>(202) 727-0431 (fax)<br>Email: cary.pollak@dc.gov | E. ELAINE GARDNER [#271262]<br>Washington Lawyer's Committee For<br>Civil Rights and Urban Affairs<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 319-1000<br>(202) 319-1010 (fax<br>Email: Elaine_Gardner@washlaw.org |