UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*          :

    Plaintiffs          :

       v.          :          Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*          :

    Defendants          :

JOINT MOTION TO STAY MOTIONS DEADLINE

By Order of April 25, 2008, this Court stayed all discovery in this case until

further order of the Court.  For the reasons set forth in the attached memorandum of

points and authorities, the parties jointly request that the deadline for dispositive motions

be stayed for the time being as well.

Respectfully submitted,

For Defendants:

PETER J. NICKLES
Acting Attorney General
for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/ Ellen_A. Efros_____
ELLEN A. EFROS [#250746]
Chief, Equity Section I

_____/s/ Cary D. Pollak_____
CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
E-mail: cary.pollak@dc.gov

For Plaintiffs:                         _____/s/ E. Elaine Gardner_____
                                        E. ELAINE GARDNER [#271262]
                                        Washington Lawyer's Committee For
                                        Civil Rights and Urban Affairs
                                        11 Dupont Circle, N.W., Suite 400
                                        Washington, D.C. 20036
                                        (202) 319-1000
                                        (202) 319-1010 (fax)
                                        Email: Elaine_Gardner@washlaw.org

                                        EUGENE GOLDMAN [#939959]
                                        DANIEL A. MULLEN [#469472]
                                        McDermott Will & Emery LLP
                                        600 13th Street, N.W.
                                        Washington, D.C. 20005-3096
                                        (202) 756-8000
                                        (202) 756-8087 (fax)
                                        Email: egoldman@mwe.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*          :

      Plaintiffs                               :

              v.                  :          Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*         :

      Defendants                               :

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
<u>JOINT MOTION TO STAY MOTIONS DEADLINE</u>

      In the Scheduling Order entered on December 19, 2007 discovery deadlines were

identified and the due date for dispositive motions was set for September 1, 2008.  The

pretrial conference was set for December 15, 2008 at 4:15 p.m.  Discovery was

subsequently stayed by Order of April 25, 2008.  As indicated in the Joint Status Report

filed on August 11, 2008, the parties have continued to negotiate and believe that

progress is being made toward settlement.  Under these circumstances it is requested that

the dispositive motions deadline be stayed for the time being as well.

                                  Respectfully submitted,

For Defendants:                          PETER J. NICKLES
                                         Acting Attorney General
                                         for the District of Columbia

                                         GEORGE  C. VALENTINE
                                         Deputy Attorney General
                                         Civil Litigation Division

                                         _____/s/ Ellen_A. Efros_____
                                         ELLEN A. EFROS [#250746]
                                         Chief, Equity Section I

                                         _____/s/ Cary D. Pollak_____
                                         CARY D. POLLAK [#055400]

Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
(202) 727-0431 (fax)
E-mail: cary.pollak@dc.gov

For Plaintiffs:                      _____/s/ E. Elaine Gardner_____
                                     E. ELAINE GARDNER [#271262]
                                     Washington Lawyer's Committee For
                                     Civil Rights and Urban Affairs
                                     11 Dupont Circle, N.W., Suite 400
                                     Washington, D.C. 20036
                                     (202) 319-1000
                                     (202) 319-1010 (fax)
                                     Email: Elaine_Gardner@washlaw.org

                                     EUGENE GOLDMAN [#939959]
                                     DANIEL A. MULLEN [#469472]
                                     McDermott Will & Emery LLP
                                     600 13th Street, N.W.
                                     Washington, D.C. 20005-3096
                                     (202) 756-8000
                                     (202) 756-8087 (fax)
                                     Email: egoldman@mwe.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, *et. al.,*                    :

    Plaintiffs                                                      :

             v.                                      :          Civil Action No.  06-1942 (GK)

DISTRICT OF COLUMBIA, *et. al.,*                  :

    Defendants                                                  :

ORDER

Upon consideration of the joint motion of the parties to stay the dispositive

motions deadline currently set for September 1, 2008, the memorandum of points and

authorities in support thereof, and the lack of opposition thereto, it is by the Court, this

      day of                                                    , 2008,

ORDERED, that the motion be, and the same hereby is, granted; and it is further

ORDERED, that the deadline for filing dispositive motions and for any responses and

replies to such motions, be stayed until further order of this Court.

                                          _____
                                          GLADYS KESSLER
                                        UNITED STATES DISTRICT JUDGE