UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, *et. al.*, | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No.  06-1942 (GK) |
| DISTRICT OF COLUMBIA, *et. al.*, | : | |
| Defendants | : | |

## JOINT STATUS REPORT

On August 11, 2008, the parties submitted a joint status report that noted the parties' recent activities related to settlement negotiations and advised that "[t]he parties continue to believe that progress is being made toward settling the substantive issues in this case." On August 18, 2008 counsel for the parties met and discussed the remaining concerns that they have with the settlement draft that the parties have been working on, and reviewed their differences concerning the factual and legal bases for plaintiffs' demand for damages.  Counsel also discussed the findings of the ADA compliance survey recently completed by defendants' consultants, and how the results of that survey might impact on the terms of the settlement.  On the day before the filing of this status report, defendants forwarded to plaintiffs (for settlement purposes only at this time) a copy of the spreadsheet showing the location by location determinations in that compliance survey.

Counsel have agreed to review the progress made to date and to meet again on September 10, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

| | |
|---|---|
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | /s/<br>EUGENE GOLDMAN [#939959]<br>DANIEL A. MULLEN [#469472]<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096<br>(202) 756-8000<br>(202) 756-8087 (fax)<br>Email: egoldman@mwe.com |
| /s/<br>ELLEN A. EFROS [#250746]<br>Chief, Equity Section I | |
| /s/<br>CARY D. POLLAK [#055400]<br>Senior Assistant Attorney General<br>441 Fourth Street, N.W.<br>Sixth Floor South<br>Washington, D.C. 20001<br>(202) 724-6604<br>(202) 727-0431 (fax)<br>Email: cary.pollak@dc.gov | E. ELAINE GARDNER [#271262]<br>Washington Lawyer's Committee For<br>Civil Rights and Urban Affairs<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 319-1000<br>(202) 319-1010 (fax<br>Email: Elaine_Gardner@washlaw.org |